Name: VESCARE CORP.

ility Beginning Date: 2022-01-31

Status: [Active]

onal Type: TEXAS PROFIT CORPORATION

pe: Secretary of State (SOS) File Number

ormation: TX

Harris

A File Number: 0804426741

er Date: 2022-01-31

Date: 2022-01-31

s: Active

Added: 2022-02-17 16 00   Updated: 2022-02-17 16 00

istered Office Address

ess: 3411 YOAKUM BLVD APT 2901, HOUSTON, TX 77006



VIVID EV LLC

FREEHILL MIRAMAR GEORGETOWN, LP

PBC TOMBALL GP LLC

PBC TOMBALL LLC

SANTOS REAL ESTATE VENTURE I, LLC

MCRT GEORGETOWN TX LLC

GEORGETOWN JV HOLDING LLC

GEORGETOWN JV OWNER LP

FERROUS METAL TRANSFER CO.

Similar Names

CORPUS CHRISTI SIGN COMPANY LLC

CORPORATE CERTIFICATES, LLC

CORPORATE GUIDANCE SOLUTIONS INC

CORPUS CHRISTI 2016 LLC

CORPUS DUMPSTER RENTALS LLC

CORPORATE JET CHARTERS LLC

CORPORATE GOES COUNTRY L L.C.

CORPORATIVO 999, INC.

CORPUS CHRISTI LAWN CARE LLC

CORPUS CHRISTI PSYCHIC LLC

DIRE LLC                    ROMAN MEDICAL SOLUTIONS, LLC

ts

OT THE OFFICIAL WEBSITE OF THIS COMPANY, DON'T SEEK SUPPORT SERVICE HERE PLEASE.

ent

nent

nessage

ample.com

EXHIBIT

A

Home | Yescare   ×   +

← → C   🔒 yescarecorp.com



Home    About    Services    Choosing YesCare    Contact    News    _Careers_    | Our Motivation |



See All Available Positions

**CAREERS**



As the correctional healthcare pioneer and leader for 40
years, YesCare provides client partners with high quality
healthcare and reentry services that will improve the health
and safety of our patients, break the cycle of recidivism and
better the communities where we live and work.

*YesCare acquired all of the employees and active contracts of
Corizon Health in early 2022.

## Quick Links

Home

About

Services

Choosing YesCare

Contact

Our Motivation

Claims

Careers

## Contact

Job Inquiries
800-989-7471
careers@yescarecorp.com

Media Inquiries
media@yescarecorp.com

Business Development:
clientservices@yescarecorp.com



f  🐦  in  ▶



tabbles

EXHIBIT B

**SITE: WCF**
**COMPLETED BY: Burnice L. Swan, RN   07/24/2021 12:55 PM**
**Patient Name:** DAVID ROSE
**IDOC#:** 295681
**DOB:** 10/19/1974

---

Patient presenting with chief complaint(s)of: eye complaint.

MISCELLANEOUS AND OTHER COMPLAINTS_____

Subjective:
Associated symptoms: Pt reports right red eye, increasing feeling of pressure and vision loss to right eye.

Objective:
Physical Examination Findings
Right eye appears red and painful. Pt is unable to look at light without squint.

Assessment:
alteration in senses—eye


Plan: Called and spoke with J.Clark NP to discuss patient. Alerted her of condition and change in vision.


MEDICATIONS

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|---|---|---|---|---|
| Norvir | 100 Mg | 1 po QD | 06/04/2021 | 10/04/2021 |
| Prezista | 400 Mg | Tab 2 PO QD | 06/04/2021 | 10/04/2021 |
| Lipitor | 10 Mg | 1 PO HS | 06/04/2021 | 10/04/2021 |
| Zyrtec | 10 Mg | 1 PO Q am | 06/04/2021 | 10/04/2021 |
| Truvada | 200 Mg-300 Mg | 1 PO Q am | 06/04/2021 | 10/04/2021 |

ORDERS

EXHIBIT
C
tabbies

OSE , DAVID   10/19/1974   1 / 2

completed Physician contacted for treatment and orders
completed Medication allergies and other contraindications reviewed and pregnancy ruled out prior to treatmen
completed Sick call if signs and symptoms of infection develop or symptoms do not subside

**Provider: Asresahegn Getachew, MD**
**Document generated by: Burnice L. Swan, RN 07/24/2021 12:59 PM**

*refer to and* (handwritten, top right)

**Department of Public Safety and Correctional Services**
**Optometry Initial Eye Examination Form**

Chief Complaint: ~~IBCC Exam~~ *cannot see out of right eye/corrections* *distance + near* *1-2 months ago*

Date: 8/2/2021   Age: 46   Sex: M / F   Race: A A   Seg: ____   P.D. 69

HISTORY: *had cat sx n10 yrs OD, thinks the lens has fallen, was painful using* *pred, did not see OMD*

- Symptoms / onset
- Location
- Quality / Severity
- Duration / Timing
- Context / Modifiers

[ ] Retinal Picture   Yes / No
[ ] D.M.    I [ ]    II [ ]
[ ] Glaucoma
[ ] HTN
[ ] HIV / AIDS    [ ] Cholesterol

DM SC  V_A 201 OD HTN   near OD  20/400   Old Rx  OD  +1.75         Va C 20/
   OS 20/30           SC OS  20/25                OS  ~~+~~ Plano   20/

Externals / Other

IOP @ _____   OD _____
NCT
GOLDMANN/Tonopen   OS _____

Subjective
OD _____   V_A 20/
OS _____        20/

Puplis PERRLA

EOMS

Dilation @ _____

Mood / Orientation

Cover / CVF
✓ 0.5% Tropicamide
___ 1% Tropicamide
___ 2.5% Phenylephrine

Final Rx
OD _____   ADD   Va 20/
OS _____        20/

SLE:   OD           OS

*exam angles*
*Angles open*
Lashes
Lids
Conjunctiva
Cornea
A/C
Iris
No IOL  Lens  NSIP

|  | C/D | cup | vessels | macula |
|---|---|---|---|---|
| OD | 0.3 | 2/3 | Enlos | flat |
| OS | 0.3 |  |  |  |

Assessment: subluxated lens

*refer to OMD to f/u*

Plan: _____   F/U: *asap after OMD*   Date: _____

Codes: _____

Patient's Last, First Name: Rose, David   Facility: NBCI

Date of Birth: 10-19-74   SID/DOC #: 295681   Provider: _____

DPSCS Form OTS 130-130-1 (Rev. 4/16)

**EXHIBIT**
**D**

**DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES**
**SICK CALL REQUEST/ENCOUNTER FORM**

DIRECTIONS:

~~Section I to be completed by Inmate/Detainee.~~
Section II to be completed by Healthcare Staff.

Inmate must state specific reason for requesting
Medical/Dental/Mental Health services.

MEDICAL TRIAGE   IP   U   R

SIGNATURE _____ DATE /TIME _____

VERIFICATION SIGNATURE (DATE REC'D)

## SECTION 1: TO BE COMPLETED BY INMATE/DETAINEE

Name: DAVID ROSE    DOC/SID# 295-681 / 1447189   Cell#: 4-A-55  Facility: NBCI

Allergies: _____    Date: 8-7-21

### SICK CALL RELATED ISSUES

State your problem. / How can we help you? (Please be specific):   [] Medication not Received

My eye still hurts red sore irritated when the air hits it and
when I move it it feels like something stuck in my eye in the back
the milky drops and ointment aren't doing anything

A. Where does it hurt? Right eye red irritated to the air sore and something is stuck in eye
B. When did it start? Over 2 weeks ago
C. Has it happened before? NO    How often? _____

### NON - SICK CALL RELATED ISSUES

[] Medical Records Request              [] Other (Specify below)
[] Medication Refill
[] Eye Glass Repair Request
[] Work Clearance Request
[] Dental Exam/Filling/Denture Request

| PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE |
|---|---|---|---|
| PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE | PLACE MED REFILL STICKER HERE |

### SECTION II: TO BE COMPLETED BY HEALTHCARE PERSONNEL

Healthcare Encounter Documented in EPHR
Comments:   Seen in CC.

O. Geycaw, MD/u
PROVIDER

9/9/23  0925
DATE / TIME

SICK CALL REQUEST / ENCOUNTER
FORM FORWARDED TO:                        B   U   R
[] DENTAL
[] MENTAL HEALTH         DATE / TIME SENT        DATE / TIME RECEIVED
[] MEDICAL RECORDS
[] OTHER (Specify): _____

_____                _____
SIGNATURE                        SIGNATURE

RESPONSE TO INMATE/DETAINEE:

DPSCS Form OTS 130-114-1

EXHIBIT

E

Name: ROSE, DAVID                 DOB: 10/19/1974



Department of Public Safety and Correctional Services
**Ophthalmology Visit**

| Inmate's Last, First Name: Rose David | SID/DOC# 295681 | Facility NBCI |
|---|---|---|
| Referring Dr | PCP: | ☐ Initial Consultation  ☑ Follow-Up |

**Chief Complaint:**

HPI: 46 y/s old    4x traumatic cataract OD

~2 months ago, "went blind" in OD – looks "out of focus",
HM OD    feels like lens fell out of place. For the past month,
OV red, watery can't open it.

Ocular Meds: prednisolone gts OD; EES ung OD. / no sx, hx.
Systemic Meds: HIV meds

| Allergies | | | | Oriented x3:  Y  N |
|---|---|---|---|---|
| VSC  6HM 20/40 | W | | A | Mood |
| VCC | M | | Rx | TA 15/14   Time 9:35 am |

**Physical Exam:**

| | OU | NL | AB | Description of Abnormalities |
|---|---|---|---|---|
| Confrontation of VF | OU | | | |
| Motility | | ✓ | | |
| External & Adnexae | | ✓ | | |
| Pupils | | ✓ | | 3+ conj hyperemia OD: |
| Conjunctiva | | | ✓ | F edema OD |
| Cornea | | | ✓ | |
| Anterior Chamber | | | ✓ | |
| Iris | | ✓ | | |
| Lens | | ✓ | | |

| Fundus: Dilated OD | Disc | optic visible through |
|---|---|---|
| ☑ 1% Myd | Vessels | PPL    endo pigment |
| ☐ 2 ½ % Neo 9:30 | Macula | uveae haptic |
| Tech | Periphery | trailed endothelium |
| | Vitreous | poor dilation; O(OS) HM OD |

**IMPRESSION / PLAN**

Subluxed 3-piece IOL c̄ K decompensation OD –

☐ Amsler Grid      ☐ DBA/HgA1C/BP Control      ☐ Surgery R/S/A Discussed      ☑ Discussed signs/symptoms retina tear and detachment in detail
Return  next clinic  days / weeks / mos / years / PRN    Signature_____    Date 8/20/21
DPSCS Form OTS 130-130 2

EXHIBIT
F

## CONSULTATION

**SITE: NBCI**
**COMPLETED BY: Amy Green-Simms, MD**     **08/20/2021 10:53 AM**

**Patient: DAVID ROSE**                     **ID#: 295681**          **DOB: 1**
**0/19/1974**

Off-site
Urgent                                        Reference #:
10:53 AM                                       Date of Request: 08/20/2021
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
Maryland DPSCS

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

**Procedure/Test Requested:** Wilmer eye general ophthalmology clinic

**Signs & Symptoms:**                                    **Date of Onset:**
46 yr old man with HIV and subluxed 3-piece IOL in the right eye with haptic through pupil, abrading endothelium and causing corneal decompensation x 2 months. Please eval for surgical repair with sutured IOL, right eye. Vision = hand motion at 6 feet in the right eye; 20/40 left eye.

**Site Medical Provider:** Amy Green-Simms MD          08/20/2021

**Copy this form and paste in an email and send form to designated reviewer**

**(For UM use only)**

**Criteria Source: M & R**     **Interqual**     **Other**
**Criteria met: Yes     No     Deferred**

**Reviewer comments:**

| EXHIBIT |
|---------|
| G |

**Recommendation for visit appointment:**

**# Visits:**

# CONSULTATION

**SITE: NBCI**
**COMPLETED BY:  Amy Green-Simms, MD        08/20/2021 10:53 AM**

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  ROSE, DAVID BERNARD
NUMBER:  295681
D.O.B.: 10/19/1974

**COMPLETED BY:** Burnice L. Swan, RN   08/27/2021 7:18 AM

**Patient Name:**   DAVID ROSE
**IDOC#:**          295681
**DOB:**            10/19/1974

---

**Patient presenting with chief complaint(s)of: eye issues.**

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow |
|------|------|------|-------|---------|------|---------|------|------|-----------|
| 08/27/2021 | 1:12 PM | 97.4 | 72 | | 18 | | 140/88 | 97 | |

**MISCELLANEOUS AND OTHER COMPLAINTS**_____

**Subjective:**
Associated symptoms: Pt saw optometry and was told to wear and eye patch after instilling prescribed drops

**Objective:**
Physical Examination Findings
Pt was not given eye patch. Provdided

**Assessment:**
alteration in comfort

**Plan:**
**MEDICATIONS**

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|------------|------|-----------|------------|-----------|
| Atropine Sulfate | 1 % | daily od | 08/20/2021 | 11/20/2021 |
| Prezista | 400 Mg | Tab 2 PO QD | 06/04/2021 | 10/04/2021 |
| Norvir | 100 Mg | 1 po QD | 06/04/2021 | 10/04/2021 |
| Lipitor | 10 Mg | 1 PO HS | 06/04/2021 | 10/04/2021 |
| Zyrtec | 10 Mg | 1 PO Q am | 06/04/2021 | 10/04/2021 |
| Truvada | 200 Mg-300 Mg | 1 PO Q am | 06/04/2021 | 10/04/2021 |

**ORDERS**

**EXHIBIT**

H

completed
completed
completed

Sick call if signs and symptoms of infection develop or symptoms do not subside (Miscellaneous) Patient education provided. Patient voiced understanding.

**Provider: Asresahegn Getachew, MD**
Document generated by: Burnice L. Swan, RN 08/27/2021 1:26 PM

295481 8/20/21

# Johns Hopkins Hospital

| **ROSE, DAVID** | | MRN<br>JH34638696 | | | Gender<br>M | DOB<br>1974-10-19 |
|---|---|---|---|---|---|---|
| Phone<br>(301)729-7112 | SSN | Account # | Patient Class | Attending<br>213219 SEZEN KARAKUS | Admitted | Discharged |

Admitting:                Primary Care:

Referring:                 Consulting:

## Problems

| Date | Code | Description | | Type |
|---|---|---|---|---|
| No Records to Display | | | | |

## Report Information

Progress Notes (Transcription)     Status:     **Final**

| Report ID: | a5b07dc2-971e-b151-<br>f07f-fe4f30a3d2af | Ordered By: | 213219 SEZEN<br>KARAKUS | Ordered/Requested On: | |
| Result Report/Status<br>Change: | 2021-09-16 | Ordered by Physician ID: | | Body Site: | |
| Collected On: | | Priority: | | Specimen Source: | |
| Copy To | | Received On: | | Interpreter: | |
| Observed On | 2021-09-16 | | | | |

Narrative

**Problem List Items Addressed This Visit**
Eye/Vision problems
Dislocated IOL (intraocular lens) - Primary
**9/16/2021 - First Wilmer Eval**
**Overview**
Notes remote hx of &quot;scratch&quot; to right eye in childhood &lt;10 years old, denies
this eye being &quot;weak eye&quot;.
He does not know when he developed cataract right eye but notes it was removed
2010 (Dr. Summerfield (Bon Seccour)) and reports uncomplicated surgery
Initial complaints right eye started 6/2021, treated with mydriatic agents
UBM 9/16/2021 shows posterior displaced IOL with highly reflective opacities
overlying the intraocular lens OD.
IOL calcs show similar AL both eyes
**Current Assessment and Plan**
PT presents with reported dislocated IOL. On exam the capsule appears broken
inferiorly, the IOL is visible in inferior periphery of retina. No obvious
retinal detachment or tear visible. Vision can be improved with high power +
lens
-- Will discuss with retina + anterior segment to plan for IOL removal, PPV,
sutured IOL
**Attending attestation**
I have reviewed the resident's note related to this encounter, and I agree with
the documented findings and plan of care. I obtained history from the patient
and was present with the resident during the key portions of service on
9/16/2021. I personally examined the patient and revised plan of care related to
this encounter.
Sezen Karakus, M.D.

10/5/21

EXHIBIT
I

Generated: 2021-10-04 14:11:40 By: Erica Lindner * Times are displayed in Eastern Standard Time
This document contains private and confidential health information protected by state and federal law

# CONSULTATION

**SITE: NBCI**
**COMPLETED BY: Asresahegn Getachew, RMD**      **10/05/2021 7:16 PM**

**Patient: DAVID ROSE**                    **ID#: 295681**                    **DOB: 1**
**0/19/1974**

Off-site

7:16 PM

Reference #:
Date of Request: 10/05/2021

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
Maryland DPSCS

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Opthalmology to rmove dislocated IOL

On October 4, 2021 patient was evaluated at Wilmer eye clinic. He was diagnosed with dislocated IOL, broken inferiorly. No retinal detachment. The ophthalmologist recommended removal of IOL, PPV and sutured IOL. I am submitting consult as per ophthalmologist recommendation

**Site Medical Provider:** Asresahegn Getachew, MD      10/05/2021

**Copy this form and paste in an email and send form to designated reviewer**

---

**(For UM use only)**

**Criteria Source: M & R        Interqual        Other**
**Criteria met: Yes        No        Deferred**

**Reviewer comments:**

**Recommendation for visit appointment:**

**# Visits:**

| EXHIBIT |
|---|
| J |

NAME: ROSE, DAVID BERNARD
NUMBER: 295681
D.O.B.: 10/19/1974

## CONSULTATION

**SITE: NBCI**
**COMPLETED BY:  Asresahegn Getachew, RMD**     **10/05/2021 7:16 PM**

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  ROSE, DAVID BERNARD
NUMBER:  295681
D.O.B.: 10/19/1974

## CONSULTATION

**SITE: NBCI**
**COMPLETED BY: Asresahegn Getachew, RMD**      **10/28/2021 12:53 PM**

**Patient: DAVID ROSE**      **ID#: 295681**      **DOB: 1**
**0/19/1974**

Off-site                                                    Reference #:
                                                           Date of Request: 10/28/2021
12:53 PM
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
Maryland DPSCS

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

**Procedure/Test Requested:** Opthalmologist eval at wilmer eye clinic

I spoke with Dr.Sabharwal ophthalmologist from Wilmer eye clinic and he said the would like to see the patient to do some studies on his eye before he is scheduled for surgery.

I am submitting consult for ophthalmology evaluation before his eye surgery.

On October 4, 2021 patient was evaluated at Wilmer eye clinic. He was diagnosed with dislocated IOL, broken inferiorly. No retinal detachment. The ophthalmologist recommended removal of IOL, PPV and sutured IOL. I am submitting consult as per ophthalmologist recommendation

**Site Medical Provider:** Asresahegn Getachew, MD      10/28/2021

**Copy this form and paste in an email and send form to designated reviewer**

**(For UM use only)**

**Criteria Source: M & R      Interqual      Other**
**Criteria met: Yes      No      Deferred**

EXHIBIT

K

**Reviewer comments:**

NAME: ROSE, DAVID BERNARD
NUMBER: 295681
D.O.B.: 10/19/1974

# CONSULTATION

**SITE: NBCI**
**COMPLETED BY: Asresahegn Getachew, RMD**        **10/28/2021 12:53 PM**
**Recommendation for visit appointment:**


**# Visits:**

---

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**


*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

                                        NAME:  ROSE, DAVID BERNARD
                                        NUMBER:  295681
                                        D.O.B.:  10/19/1974

**SITE: NBCI**
**COMPLETED BY: Ernest K. Massalla, RN  11/24/2021 7:00 PM**

PATIENT:              DAVID ROSE
DATE OF BIRTH:        10/19/1974
DATE:                 November 24, 2021
VISIT TYPE:           Nurse Sick Call - Scheduled

**Reason(s) for visit**
1.  eye patch
-

**Nursing Comments**
Patient alert and stable , denies any discomfort to his right eye, patch replaced.

**Height and Weight**

**Vitals**

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| No Known Drug Allergies | | |

**Document generated by: Ernest K. Massalla, RN  11/24/2021 7:33 PM**

EXHIBIT

L

tabbies

GRACE HEALTH SERVICES

**SITE: NBCI**
**COMPLETED BY: Lori Keister, LPN  12/08/2021 2:03 PM**

| | |
|---|---|
| **PATIENT:** | DAVID ROSE |
| **DATE OF BIRTH:** | 10/19/1974 |
| **DATE:** | December 08, 2021 |
| **VISIT TYPE:** | Chronic Care Nurse Prep |

**Reason(s) for visit**
1. Assisted provider with CC telemedicine

**Nursing Comments**

Assisted provider with physical exam of patient. Verbal permission was given to be seen by provider via telemedicine. Pt ambulated steadily and independently into exam room. Pt is alert and oriented x 3, calm and cooperative with care. Lungs sound clear and no dyspnea is noted on exertion or at rest. Apical pulse is regular. Bowel sounds present in all 4 quads. Pt denies constipation, diarrhea, or difficulty urinating. Skin is warm, dry, and intact. No edema noted BLE.

Pt has been scheduled for eye surgery, but not until May of 2022. Optometrist sent email asking if it could be scheduled sooner. Off-site scheduler has been contacted about this issue. Pt will return in 90 days for next CC visit and lab work. No complaints voiced, other than his eye is becoming more painful.

**Height and Weight**

**Vitals**

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| No Known Drug Allergies | | |

**Document generated by: Lori Keister, LPN  12/08/2021 2:03 PM**

EXHIBIT

M

PRIME CARE INMATE HEALTH SERVICES

**SITE: WCI**
**COMPLETED BY: Sue Brant, RN  03/15/2022 12:25 PM**

| | |
|---|---|
| **PATIENT:** | DAVID ROSE |
| **DATE OF BIRTH:** | 10/19/1974 |
| **DATE:** | March 15, 2022 |
| **VISIT TYPE:** | Chronic Care Nurse Prep |

### Reason(s) for visit
**1. CCC with RMD via Telemedicine**

### Nursing Comments
Patient seen today via Telemedicine with RMD for chronic care visit. He verbally agrees to be seen via Telemedicine. He walked in to exam room without difficulty. Able to stand on scale for weight without difficulty. He is pleasant.

AAOx3. Patient has hx of intraocular lens in right eye, is wearing eye patch today. He is requesting a new eye patch to replace the current one which he states is worn out. He is awaiting surgery on his eye at Johns Hopkins.
Skin w/d
Color good
Denies chest pain or shortness of breath. Lungs CTA, heart sounds regular.
Abdomen soft with bowel sounds present. He denies difficulty with bowel or bladder.
Pedal pulses present. There is no lower extremity edema present.

**Plan:**
Provider requesting IC nurse to contact ID specialist to consider change in regimen or medications. IC nurse contacted by this writer and discussed above.
Follow up chronic care in 90 days.

### Height and Weight

| Date | Height Ft | Height In | Height Cm | Weight Lb | Weight Kg |
|---|---|---|---|---|---|
| 03/15/2022 | 5.0 | 8.0 | | 182.0 | |

### Vitals

| Time | Ht Ft | Ht In | HeightMethod | Wt Lb | Wt Kg | Weight Context | BMI |
|---|---|---|---|---|---|---|---|
| 12:25 PM | 5.0 | 8.0 | carried forward | 182.0 | | dressed with shoes | 27.67 |

| Time | Temp | Route | BP | Position | Site | Method | Cuff | Pulse | Pattern |
|---|---|---|---|---|---|---|---|---|---|
| 12:25 PM | 97.8 | | 119/81 | sitting | left arm | automatic | large | 64 | regular |

| Time | Resp | PulseOx | PulseOxAmb | Timing | PeakFlow | Timing | Method |
|---|---|---|---|---|---|---|---|
| 12:25 PM | 18 | 98 | | | | | |

### Allergies

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| No Known Drug Allergies | | |

**Document generated by: Sue Brant, RN  03/15/2022 12:27 PM**

EXHIBIT

N

**SITE: NBCI**
**COMPLETED BY: Lori Keister, LPN 03/18/2022 9:39 AM**

---

| | |
|---|---|
| **PATIENT:** | DAVID ROSE |
| **DATE OF BIRTH:** | 10/19/1974 |
| **DATE:** | March 18, 2022 |
| **VISIT TYPE:** | Chart Update |

---

**Reason(s) for visit**
1. medical supplies

**Nursing Comments**
Pt was given new eye patch and disposable eye pads for replacement of his old one.

**Height and Weight**

**Vitals**

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| No Known Drug Allergies | | |

**Document generated by: Lori Keister, LPN 03/18/2022 9:40 AM**

EXHIBIT

O

**SITE: NBCI**
**COMPLETED BY: Ernest K. Massalla, RN   03/21/2022 7:04 AM**

| | |
|---|---|
| **PATIENT:** | DAVID ROSE |
| **DATE OF BIRTH:** | 10/19/1974 |
| **DATE:** | March 21, 2022 |
| **VISIT TYPE:** | Nurse Sick Call - Scheduled |

**Reason(s) for visit**
1. follow up eye surgery
.

**Nursing Comments**
Issues resolved.

**Height and Weight**

**Vitals**

**Allergies**
Allergen/Ingredient                    Brand                                    Reaction:
No Known Drug Allergies

**Document generated by: Ernest K. Massalla, RN  03/21/2022 8:13 PM**

EXHIBIT

P

# Johns Hopkins Hospital

| ROSE, DAVID | | | MRN<br>JH34638696 | | | Gender<br>M | DOB<br>1974-10-19 |
|---|---|---|---|---|---|---|---|
| Phone<br>(301)729-7392 | SSN | Account # | Patient Class | Attending<br>845527 EVERARDO HERNANDEZ-QUINTELA | | Admitted | Discharged |

Admitting:                                                     Primary Care:

Referring:                                                      Consulting:

## Problems

| Date | Code | Description | | Type |
|---|---|---|---|---|
| No Records to Display | | | | |

## Report Information

| | | Progress Notes (Transcription) | | Status: | Final |
|---|---|---|---|---|---|
| Report ID: | c5d301f7-ac2d-949a-6a48-d5c832cca74a | Ordered By: | 845527 EVERARDO HERNANDEZ-QUINTELA | Ordered/Requested On: | |
| Result Report/Status Change: | 2022-05-02 | Ordered by Physician ID: | | Body Site: | |
| Collected On: | | Priority: | | Specimen Source: | |
| Copy To: | | Received On: | | Interpreter: | |
| Observed On: | 2022-05-02 | | | | |

Narrative

Problem List Items Addressed This Visit
Other
Dislocated IOL (intraocular lens)
Overview
9/16/2021 - First Wilmer Eval
Notes remote hx of &quot;scratch&quot; to right eye in childhood &lt;10 years old, denies
this eye being &quot;weak eye&quot;.
He does not know when he developed cataract right eye but notes it was removed
2010 (Dr. Summerfield (Bon Secoeur)) and reports uncomplicated surgery
Initial complaints right eye started 6/2021, treated with mydriatic agents
UBM 9/16/2021 shows posterior displaced IOL with highly reflective opacities
overlying the intraocular lens OD.
IOL calcs show similar AL both eyes
Current Assessment and Plan
Stable, dislocated IOL in left eye
No visible retinal detachment
Commented with Retina Fellow who recommends next available appointment with GES
Retina

**EXHIBIT**

**Q**

tabbles'

Generated: 2022-05-05 10:42:50 By: Erica Lindner * Times are displayed in Eastern Standard Time
This document contains private and confidential health information protected by state and federal law

Page 1 of 1

## CONSULTATION

**SITE: NBCI**
**COMPLETED BY: Adane T. Negussie, PA**    **05/17/2022 4:22 PM**

# NEXTGEN
HEALTHCARE INFORMATION SYSTEMS

PATIENT                           **DAVID BERNARD ROSE**
DATE OF BIRTH                     Patient DOB: 10/19/1974
DOC #                             295681
DATE                             05/17/2022 4:22 PM
VISIT TYPE                        Provider Visit-scheduled

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

### Consultation Orders

| Visit Location | Request Type | Site | Outpatient Date | Release Date | Cost Center | Incarceration Date |
|---|---|---|---|---|---|---|
| Off-site | Routine | | | | | |

| Phone | Fax | Action Requested | Action Requested 2 | Responsible Party | Service Type | Provider |
|---|---|---|---|---|---|---|
| | | GES Retina | Wilmer Eye Clinic / Ophthalmology | | | |

| Visit Type | Follow Up # | Multiple Visit Tx | Med Provider | Provider Date | Med Director | Director Date |
|---|---|---|---|---|---|---|
| F/U | 3 | | | | | |

| # Treatments | Exam Data/Objective Findings | | Proceed w Service | Alternative Treatment Plan |
|---|---|---|---|---|
| | This is a 47yo AAM with pmhx of HLD, Chronic Rhinitis, HIV+ over 17yrs now on Bictarvy who presents for scheduled provider visit. On 05/02/2022 he was evaluated by Wilmer Eye at JHH and was found to have stable dislocated IOL (intraocular lens) in the right eye. No visible retinal detachment. Recommended to schedule with GES Retina. Visual Acuity on the left is 20/20 using Snellen Eye Chart. Right eye is blurred, only sees shadow. Will generate consult. | | N | N |

| Diagnosis 1 | Code 1 | Status 1 | Diagnosis 2 | Code 2 | Status 2 |
|---|---|---|---|---|---|

**EXHIBIT**

R

# CONSULTATION

**SITE: NBCI**
**COMPLETED BY:  Adane T. Negussie, PA      05/17/2022 4:22 PM**

| Diagnosis 3 | Code 3 | Status 3 | Diagnosis 4 | Code 4 | Status 4 |
|---|---|---|---|---|---|

| Onset Date | Signs and Symptoms | Lab & Xray Data | Failed Outpatient Therapy |
|---|---|---|---|
| | This is a 47yo AAM with pmhx of HLD, Chronic Rhinitis, HIV+ over 17yrs now on Bictarvy who presents for scheduled provider visit. On 05/02/2022 he was evaluated by Wilmer Eye at JHH and was found to have stable dislocated IOL (intraocular lens) in the right eye. No visible retinal detachment. Recommended to schedule with GES Retina. Visual Acuity on the left is 20/20 using Snellen Eye Chart. Right eye is blurred, only sees shadow. Will generate consult. | | |

## Utilization Management

| M&R | Interqual | Other | Other Source | Visit Appt | Criteria Met | Rec. # Visits |
|---|---|---|---|---|---|---|
| N | N | N | | | Pending | |

| Notes | | | | UM Review # | Reviewer Name | Reviewer Date |
|---|---|---|---|---|---|---|

## Medications

Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Lipitor 10 mg tablet | take one by mouth at bedtime | 03/15/2022 | 07/15/2022 | 05/29/2014 | N |
| Zyrtec 10 mg tablet | take one by mouth every morning | 03/15/2022 | 07/15/2022 | 11/27/2019 | N |
| Biktarvy 50 mg-200 mg-25 mg tablet | take 1 tablet by oral route every day | 05/11/2022 | 09/07/2022 | | N |

*Provider:* Adane Negussie, PA
*Document generated by:* Adane T. Negussie, PA 05/18/2022 01:06 PM

EXHIBIT
tabbies
S

# CONSULTATION

**SITE: NBCI**
**COMPLETED BY:  Adane T. Negussie, PA        05/17/2022 4:22 PM**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

**FACILITY: Maryland**                                    **SITE: THRESHOLD**
**COMPLETED BY: Sandra J. Boettinger, UMRN on 05/20/2022**

---

**Patient: DAVID  ROSE**
**ID#: 295681**
**DOB: 10/19/1974**


**UM ATP 05/19/2022:** "ATP: Based on the information provided, medical necessity has not been demonstrated at this time. Consider on site ophthalmology follow up as VA remains stable."

ATP Submitted to Statewide UMMD for further review.


**(For UM use only)**

**UM Disposition**

---

<table>
<tr><td>EXHIBIT</td></tr>
<tr><td>T</td></tr>
</table>

**NAME: ROSE, DAVID BERNARD.**
**NUMBER:**



NEXTGEN
HEALTHCARE INFORMATION SYSTEMS

PATIENT          DAVID ROSE
DATE OF BIRTH    10/19/1974
DATE             05/27/2022 07:20 PM
DOC#.            295681
VISIT TYPE:      Nurse Sick Call - Scheduled

## Nurse Visit

Reason for visit:  eye patch

Statement of complaint (in patient's words):  I need my eye patch replaced.

### Nurse Protocols:

### Medications

| Medication | Sig | Comment |
|---|---|---|
| Biktarvy 50 mg-200 mg-25 mg tablet | take 1 tablet by oral route  every day | |
| Lipitor 10 mg tablet | take one by mouth at bedtime | |
| Zyrtec 10 mg tablet | take one by mouth every morning | |

## Social History:
Reviewed, no changes.

### General Comments

Patient alert , requesting for his eye patch to be replaced , presently there are no eye patches. Patient informed that once the patches come in his will be replaced, understanding voiced.

Document generated by: Ernest K. Massalla, RN  05/28/2022 11:37 AM

**EXHIBIT**
U

**ADDENDUM**

**FACILITY:** Maryland                    **SITE:** THRESHOLD
**COMPLETED BY:** Sandra J. Boettinger, UMRN on 07/12/2022

---

**Patient: DAVID  ROSE**
**ID#: 295681**
**DOB: 10/19/1974**

**Statewide UMMD ATP 07/12/2022 :"Case reviewed, agree with ATP recommendation for or
site ophthalmology follow up as VA remains stable."**

**(For UM use only)**

**UM Disposition**

EXHIBIT

V

## CONSULTATION

**SITE: NBCI**
**COMPLETED BY: Asresahegn Getachew, RMD**     **07/26/2022 9:46 PM**

# NEXTGEN
HEALTHCARE INFORMATION SYSTEMS

PATIENT·                          DAVID BERNARD ROSE
DATE OF BIRTH·                    Patient DOB: 10/19/1974
DOC #                             295681
DATE                             07/26/2022 9:46 PM
VISIT TYPE:                       Chart Update

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

**Consultation Orders**

| Visit Location | Request Type | Site | Outpatient Date | Release Date | Cost Center | Incarceration Date |
|---|---|---|---|---|---|---|
| Off-site | | NBCI | | | | |
| Off-site | Routine | | | | | |

| Phone | Fax | Action Requested | Action Requested 2 | Responsible Party | Service Type | Provider |
|---|---|---|---|---|---|---|
| | | Wilmer eye clinic for removal of dislocated lens | | | | |
| | | GES Retina | Wilmer Eye Clinic / Ophthalmology | | | |

| Visit Type | Follow Up # | Multiple Visit Tx | Med Provider | Provider Date | Med Director | Director Date |
|---|---|---|---|---|---|---|
| F/U | 3 | | | | | |

| # Treatments | Exam Data/Objective Findings | Proceed w Service | Alternative Treatment Plan |
|---|---|---|---|
| | The patient is 47-year-old with dislocated IOL. He was evaluated at Wilmer eye clinic and they note IOL is broken and displaced inferiorly. No retinal detachment. The opthalmologist recommended removal of IOL , PPV | N | N |



EXHIBIT
W

# CONSULTATION

**SITE: NBCI**
**COMPLETED BY: Asresahegn Getachew, RMD**          07/26/2022 9:46 PM

and sutured IOL.
I am submitting consult for removal of IOL, PPV and
suture IOL.

|  |  |  |  | N | N |
|---|---|---|---|---|---|
| **Diagnosis 1** | **Code 1** | **Status 1** | **Diagnosis 2** | **Code 2** | **Status 2** |
| **Diagnosis 3** | **Code 3** | **Status 3** | **Diagnosis 4** | **Code 4** | **Status 4** |

| **Onset Date** | **Signs and Symptoms** | **Lab & Xray Data** | **Failed Outpatient Therapy** |
|---|---|---|---|
|  | This is a 47yo AAM with pmhx of HLD, Chronic Rhinitis, HIV+ over 17yrs now on Bictarvy who presents for scheduled provider visit. On 05/02/2022 he was evaluated by Wilmer Eye at JHH and was found to have stable dislocated IOL (intraocular lens) in the right eye. No visible retinal detachment. Recommended to schedule with GES Retina. Visual Acuity on the left is 20/20 using Snellen Eye Chart. Right eye is blurred, only sees shadow. Will generate consult. |  |  |

**Utilization Management**

| M&R | Interqual | Other | Other Source | Visit Appt | Criteria Met | Rec. # Visits |
|---|---|---|---|---|---|---|
| N | N | N |  |  | Pending |  |
| N | N | N |  |  | Pending |  |

| Notes |  |  | UM Review # | Reviewer Name | Reviewer Date |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**Medications**

Medications (active prior to today)

ROSE, DAVID BERNARD. 1447184 10/19/1974 07/26/2022 09:46 PM Page: 2/3

# CONSULTATION

## SITE: NBCI
## COMPLETED BY: Asresahegn Getachew, RMD    07/26/2022 9:46 PM

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Biktarvy 50 mg-200 mg-25 mg tablet | take 1 tablet by oral route every day | 05/11/2022 | 09/07/2022 | | N |
| Zyrtec 10 mg tablet | take one by mouth every morning | 07/25/2022 | 11/21/2022 | 07/25/2022 | N |
| Lipitor 10 mg tablet | take one by mouth at bedtime | 07/25/2022 | 11/21/2022 | 07/25/2022 | N |
| Zyrtec 10 mg tablet | take one by mouth every morning | 07/25/2022 | 11/21/2022 | 07/25/2022 | N |

*Provider:* Asresahegn Getachew, MD
*Document generated by:* Asresahegn Getachew, RMD 07/26/2022 09:48 PM

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

## CONSULTATION

**SITE: NBCI**
**COMPLETED BY: Asresahegn Getachew, RMD**        **07/27/2022 6:55 PM**

# NEXTGEN
HEALTHCARE INFORMATION SYSTEMS

| | |
|---|---|
| PATIENT | **DAVID BERNARD ROSE** |
| DATE OF BIRTH. | **Patient DOB: 10/19/1974** |
| DOC #: | **295681** |
| DATE: | **07/27/2022 6:55 PM** |
| VISIT TYPE· | **Chart Update** |

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

**Consultation Orders**

| Visit Location | Request Type | Site | Outpatient Date | Release Date | Cost Center | Incarceration Date |
|---|---|---|---|---|---|---|
| Off-site | | NBCI | | | | |
| Off-site | | NBCI | | | | |
| Off-site | Routine | | | | | |

| Phone | Fax | Action Requested | Action Requested 2 | Responsible Party | Service Type | Provider |
|---|---|---|---|---|---|---|
| | | Retinal evaluation at Wilmer eye clinic before removal of dislocated lens | | | | |
| | | GES Retina | Wilmer Eye Clinic / Ophthalmology | | | |

| Visit Type | Follow Up # | Multiple Visit Tx | Med Provider | Provider Date | Med Director | Director Date |
|---|---|---|---|---|---|---|

| F/U | 3 |
|---|---|

| # Treatments | Exam Data/Objective Findings | | Proceed w Service | Alternative Treatment |
|---|---|---|---|---|

**EXHIBIT**

X

# CONSULTATION

**SITE: NBCI**
**COMPLETED BY: Asresahegn Getachew, RMD**     **07/27/2022 6:55 PM**

|  | | | **Plan** |
| --- | --- | --- | --- |

The patient is a 47-year-old with a history of HIV disease, which needs the removal of dislocated ILO. The Wilmer ophthalmologist recommends retinal evaluations at Wilmer eye clinic by a Retinal specialist to decide
how to approach the removal of dislocated IOL. I called and discussed with the JHH opthalmologist and requested if they could do the retinal evaluation and do the surgery on the same day. The opthalmologist said this could not be done on the same day and recommended a pre-surgery assessment.
I am submitting pre-IOL removal retinal evaluation at Wilmer eye clinic.

N     N

N     N
N     N

| Diagnosis 1 | Code 1 | Status 1 | Diagnosis 2 | Code 2 | Status 2 |
| --- | --- | --- | --- | --- | --- |
| Diagnosis 3 | Code 3 | Status 3 | Diagnosis 4 | Code 4 | Status 4 |

| Onset Date | Signs and Symptoms | Lab & Xray Data | Failed Outpatient Therapy |
| --- | --- | --- | --- |
|  | This is a 47yo AAM with pmhx of HLD, Chronic Rhinitis, HIV+ over 17yrs now on Bictarvy who presents for scheduled provider visit. On 05/02/2022 he was evaluated by Wilmer Eye at JHH and was found to have stable dislocated IOL (intraocular lens) in the right eye. No visible retinal detachment. Recommended to schedule with GES Retina. Visual Acuity on the left is 20/20 using Snellen Eye Chart. Right eye is blurred, only sees shadow. Will generate consult. |  |  |

# CONSULTATION

**SITE: NBCI**
**COMPLETED BY: Asresahegn Getachew, RMD**     **07/27/2022 6:55 PM**
**Utilization Management**

| M&R | Interqual | Other | Other Source | Visit Appt | Criteria Met | Rec. # Visits |
|-----|-----------|-------|--------------|-----------|--------------|---------------|
| N | N | N | | | Pending | |
| N | N | N | | | Pending | |
| N | N | N | | | Pending | |

| Notes | | | | UM Review # | Reviewer Name | Reviewer Date |
|-------|--|--|--|-------------|---------------|---------------|

**Medications**

Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|-----------------|-----------------|------------|-----------|----------|--------------|
| Biktarvy 50 mg-200 mg-25 mg tablet | take 1 tablet by oral route every day | 05/11/2022 | 09/07/2022 | | N |
| Zyrtec 10 mg tablet | take one by mouth every morning | 07/25/2022 | 11/21/2022 | 07/25/2022 | N |
| Lipitor 10 mg tablet | take one by mouth at bedtime | 07/25/2022 | 11/21/2022 | 07/25/2022 | N |
| Zyrtec 10 mg tablet | take one by mouth every morning | 07/25/2022 | 11/21/2022 | 07/25/2022 | N |

*Provider:* Asresahegn Getachew, MD
*Document generated by:* Asresahegn Getachew, RMD 07/27/2022 06:56 PM

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

PRISONER RIGHTS INFORMATION SYSTEM OF MARYLAND, INC.
P.O. BOX 929
CHESTERTOWN, MARYLAND 21620

July 28, 2022

Darrin Mitchell, Associate Vice President of Operations
YesCare Corporation
7240 Parkway Drive, Suite 350
Hanover, Maryland 21076

      RE:    David Rose, DOC# 295681, NBCI

Dear Mr. Mitchell:

This letter is in reference to the medical treatment YesCare is providing to David Rose. At this time, Mr. Rose is receiving inadequate medical care under the Eighth Amendment to the U.S. Constitution.

Mr. Rose is experiencing blindness and extreme pain in his right eye stemming from complications from cataract removal surgery in 2011. On October 4, 2021, an ophthalmologist at the Wilmer Eye Institute diagnosed Mr. Rose with a dislocated interlocular lens and recommended he undergo surgery to remove the dislocated lens, to receive a pars plana vitrectomy, and to suture a replacement lens. This surgery requires up to date evaluations to ensure the proper treatment is provided.

Medical records dated December 8, 2021 provide that Mr. Rose was scheduled to undergo surgery in May 2022, and that an optometrist emailed the medical department requesting it be scheduled sooner than May. On May 19, 2022, Utilization Management denied Mr. Rose's surgery and provided as follows: "[Alternative Treatment Program]: Based on the information provided, medical necessity has not been demonstrated at this time. Consider on site ophthalmology follow up as [visual acuity] remains stable."

Mr. Rose's dislocated lens is currently being treated with pain medication and an eye patch. Failure to treat a dislocated lens may result in more severe conditions, including permanent blindness or a detached retina. PRISM's medical consultant, Cornealius Stamp, M.D., has advised that it is medically necessary Mr. Rose receives the prescribed reparative surgery immediately.

YesCare's current treatment plan constitutes deliberate indifference to Mr. Rose's serious medical condition and is in violation of Mr. Rose's right to receive adequate medical treatment under the Eighth Amendment. Accordingly, PRISM is prepared to assist Mr. Rose in pursuing legal action.

YesCare's immediate response to this letter indicating their decision in this matter will be appreciated.

Regards,

Victoria Devore, PRISM Staff Attorney
(410) 528-1400 | vdevore@prisminc.org

EXHIBIT
Y

**FACILITY: Maryland**                        **SITE: THRESHOLD**
**COMPLETED BY: Sandra J. Boettinger, UMRN on 07/29/2022**

---

**Patient: DAVID ROSE**
**ID#: 295681**
**DOB: 10/19/1974**

UM Approval 07/29/2022: **Approved for GES Retina Evaluation.**

**(For UM use only)**

**UM Disposition**

---

EXHIBIT

Z

tabbies

**NAME: ROSE, DAVID BERNARD.**
**NUMBER:**

# Johns Hopkins Hospital

| ROSE, DAVID | | MRN JH34838696 | | | Gender M | DOB 1974-10-19 |
|---|---|---|---|---|---|---|

| Phone (301)729-7392 | SSN | Account # | Patient Class | Attending 912249 IVES VALENZUELA | Admitted | Discharged |
|---|---|---|---|---|---|---|

Admitting:                                          Primary Care,

Referring:                                          Consulting:

## Problems

| Date | Code | Description | Type |
|---|---|---|---|
| No Records to Display | | | |

## Report Information

Progress Notes (Transcription)          Status:          **Final**

| Report ID: | df7e8afc-39a5-38fa-b2e8-dccdf28fb5fe | Ordered By: | 826522 LOKA THANGAMATHESVARAN | Ordered/Requested On: | |
|---|---|---|---|---|---|
| Result Report/Status Change: | 2022-08-03 | Ordered by Physician ID: | | Body Site: | |
| Collected On: | | Priority: | | Specimen Source: | |
| Copy To: | | Received On: | | Interpreter: | |
| Observed On: | 2022-08-03 | | | | |

Narrative

---
Attestation signed by Ives Antonio Valenzuela, MD at 8/3/2022  4:04 PM
I discussed the patient with the Resident and agree with their note which
accurately reflects my plan and management recommendations. In summary, 47yoM
with dislocated IOL here for follow-up. Patient needs to see GES Retina for
surgical planning here. Found to have small drusen OS incidentally on OCT MAC
today, also to be evaluated by retina next visit with FAF. Rest of plan as
above. Date of service 08/03/2022
Ives A. Valenzuela, MD
Glaucoma Division
Wilmer Eye Institute
---

Problem List Items Addressed This Visit
Other
Dislocated IOL (intraocular lens) - Primary
Overview
9/16/2021 - First Wilmer Eval
Notes remote hx of &quot;scratch&quot; to right eye in childhood &lt;10 years old, denies
this eye being &quot;weak eye&quot;.
He does not know when he developed cataract right eye but notes it was removed
2010 (Dr. Summerfield (Bon Secoeur)) and reports uncomplicated surgery
Initial complaints right eye started 6/2021, treated with mydriatic agents
UBM 9/16/2021 shows posterior displaced IOL with highly reflective opacities
overlying the intraocular lens OD.
IOL calcs show similar AL both eyes
Current Assessment and Plan
Stable, dislocated IOL in left eye
No visible retinal detachment
Commented with Retina Fellow who recommends next available appointment with GES
Retina (patient keeps getting scheduled for regular GES please ensure he gets a
GES retina appt next time for combined IOL removal + PPV + sutured IOL)
Discussed with: Dr. Valenzuela
Drusen
Current Assessment and Plan
Small drusen left eye, OCT shows drusen with no underlying CNV. Disruption of
EZ zone.
Patient asymptomatic, no family history of inherited retinal conditions, not
symptomatic.
However given young age and development of drusen, will need to be monitored.
-- recommend FAF and OCT retina at next visit
-- further evaluation at GES retina.



EXHIBIT

AA

Generated: 2022-08-05 11:34:57 By: Erica Lindner * Times are displayed in Eastern Standard Time
This document contains private and confidential health information protected by state and federal law

Page 1 of 1

me: ROSE, DAVID                          DOB: 10/19/1974                          Date: 08/05/202

DAVID ROSE
10/19/1974
295681
08/05/2022 10:58 AM
Chronic Care Nurse Prep

Established patient


History of Present Illness
1. I99

Assisted provider with physical exam of patient. Verbal permission was given to be seen by provider via telemedicine. Pt ambulated steadily and independently into exam room. Pt is alert and oriented x 3, calm and cooperative with care. Lungs sound clear and no dyspnea is noted on exertion or at rest. Apical pulse is regular. Bowel sounds present in all 4 quads. Pt denies constipation, diarrhea, or difficulty urinating. Skin is warm, dry, and intact.  Pt complains of headaches daily.  consult placed for opthalmology visit.  He will be seen again in 4 weeks.


**PROBLEM LIST:**

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| HIV | 08/05/2022 | Y | | The patient has history of HIV and he is on Biktarvy with good immunologic and virologic response.  On 6/6/2022 HIV viral load undetectable and absolute CD4 count 939 |

Problem List (not yet mapped to SNOMED-CT®):

| Problem Description | Onset Date | Notes |
|---|---|---|
| Hiv Disease | 11/03/2008 | |


**Social History:**
Reviewed, no changes.


Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Biktarvy 50 mg-200 mg-25 mg tablet | take 1 tablet by oral route every day | 05/11/2022 | 09/07/2022 | | N |
| Zyrtec 10 mg tablet | take one by mouth every morning | 07/25/2022 | 11/21/2022 | 07/25/2022 | N |
| Lipitor 10 mg tablet | take one by mouth at bedtime | 07/25/2022 | 11/21/2022 | 07/25/2022 | N |
| Zyrtec 10 mg tablet | take one by mouth every morning | 07/25/2022 | 08/05/2022 | 07/25/2022 | N |



EXHIBIT

BB

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN DRUG ALLERGIES | | | |

*Vital Signs*

## Height

| Time | ft | in | cm | Last Measured | Height Position | Measured By |
|---|---|---|---|---|---|---|
| 9:59 AM | 5.0 | 8.00 | 172.72 | 12/08/2021 | 0 | Lori Keister, LPN |

## Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 | Measured By |
|---|---|---|---|---|---|---|---|
| 9:59 AM | 182.00 | | 82.554 | dressed with shoes | 27.67 | | Lori Keister, LPN |

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size | Measured By |
|---|---|---|---|---|---|---|---|
| 9:59 AM | 128/83 | sitting | left | arm | automatic | adult | Lori Keister, LPN |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min | Measured By |
|---|---|---|---|---|---|---|---|
| 9:59 AM | 97.2 | 36.0 | ear | 83 | regular | 16 | Lori Keister, LPN |

## Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|
| 9:59 AM | 94 | | RA | | Pre-tx | | | | R Index | Lori Keister, LPN |

## Pain Scale

| Time | Pain Score | Method | Measured By |
|---|---|---|---|
| 9:59 AM | 0 | Numeric Pain Intensity Scale | Lori Keister, LPN |

## Medications *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| 05/11/2022 | Biktarvy 50 mg-200 mg-25 mg tablet | take 1 tablet by oral route every day | | 09/07/2022 |
| 07/25/2022 | Lipitor 10 mg tablet | take one by mouth at bedtime | | 11/21/2022 |
| 07/25/2022 | Zyrtec 10 mg tablet | take one by mouth every morning | | 08/05/2022 |
| 07/25/2022 | Zyrtec 10 mg tablet | take one by mouth every morning | | 11/21/2022 |

| Date Placed | Time Placed | Site | Side | Date Read | Time Read | Result |
|---|---|---|---|---|---|---|
| 10/26/2014 | 8:43 AM | 2RA | Right | 10/28/2014 | | 0 mm |
| 10/09/2013 | 12:01 PM | | | 10/11/2013 | | 0 mm |

ROSE, DAVID BERNARD. 1447184 10/19/1974 08/05/2022 10:58 AM 2/3

| | | | | |
|---|---|---|---|---|
| 11/23/2011 | 1:56 PM | | | 11/25/2011 | 0 mm |
| 10/18/2011 | 8:29 AM | | | 10/20/2011 | 0 mm |
| 10/26/2010 | 8:57 AM | LA | Left | 10/28/2010 | 0 mm |
| 11/10/2009 | 2:12 PM | RA | | 11/12/2009 | 0 mm |
| 11/10/2009 | 3:15 PM | LA | | 11/12/2009 | 0 mm |
| | | | | 10/05/2018 | |
| | | | | 10/14/2015 | |
| | | | | 10/19/2016 | |
| | | | | 10/10/2017 | |

| Date Placed | Time Placed | Date Read | Dose | Units | Exp Date | Manufacturer | Lot # |
|---|---|---|---|---|---|---|---|
| 10/26/2014 | 8:43 AM | 10/28/2014 | 0.1 | mL | 01/28/2016 | JHP Pharmaceuticals | 717238 |
| 10/09/2013 | 12:01 PM | 10/11/2013 | 0.1 | mL | | | |
| 10/22/2012 | 10:27 AM | 10/24/2012 | 0.1 | mL | | | |
| 11/23/2011 | 1:56 PM | 11/25/2011 | 0.1 | mL | | | |
| 10/18/2011 | 8:29 AM | 10/20/2011 | 0.1 | mL | | | |
| 10/26/2010 | 8:57 AM | 10/28/2010 | 0.1 | mL | 09/05/2011 | JHP Pharmaceuticals | 134223 |
| 11/10/2009 | 2:12 PM | 11/12/2009 | 0.1 | mL | 11/30/2010 | JHP Pharmaceuticals | 111057 |
| 11/10/2009 | 3:15 PM | 11/12/2009 | 0.1 | mL | 11/30/2010 | JHP | 111057 |
| | | 10/05/2018 | 0.1 | mL | | | |
| | | 10/14/2015 | 0.1 | mL | | | |
| | | 10/19/2016 | 0.1 | mL | | | |
| | | 10/10/2017 | 0.1 | mL | | | |

*Provider:*
Getachew, MD, Asresahegn  08/08/2022 10:02 AM
*Document generated by:*  Lori Keister, LPN 08/08/2022 10:02 AM

## CONSULTATION

**SITE:  NBCI**
**COMPLETED BY:  Asresahegn Getachew, RMD**      **08/05/2022 4:46 PM**

# NEXTGEN
HEALTHCARE INFORMATION SYSTEMS

PATIENT·
DATE OF BIRTH
DOC #
DATE
VISIT TYPE·

DAVID BERNARD ROSE
Patient DOB: 10/19/1974
 295681
08/05/2022 4:46 PM
Provider Visit-scheduled

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

**Consultation Orders**

| Visit Location | Request Type | Site | Outpatient Date | Release Date | Cost Center | Incarceration Date |
|---|---|---|---|---|---|---|
| Off-site | | NBCI | | | | |
| Off-site | | NBCI | | | | |
| Off-site | | NBCI | | | | |
| Off-site | Routine | | | | | |

| Phone | Fax | Action Requested | Action Requested 2 | Responsible Party | Service Type | Provider |
|---|---|---|---|---|---|---|
| | | Retinal evaluation at Wilmer eye clinic | | | | |
| | | GES retinal evaliation and removal of IOL | | | | |
| | | Wilmer eye clinic for removal of dislocated lens | | | | |
| | | GES Retina | Wilmer Eye Clinic / Ophthalmology | | | |

| Visit Type | Follow Up # | Multiple Visit Tx | Med Provider | Provider Date | Med Director | Director Date |
|---|---|---|---|---|---|---|

**EXHIBIT CC**

ROSE, DAVID  BERNARD.  1447184 10/19/1974 08/05/2022 04:46 PM Page: 1/4

# CONSULTATION

**SITE: NBCI**
**COMPLETED BY: Asresahegn Getachew, RMD**      **08/05/2022 4:46 PM**

F/U          3

| # Treatments | Exam Data/Objective Findings | Proceed w Service | Alternative Treatment Plan |
|---|---|---|---|
| | The patient is a 47-year-old with a history of HIV disease, which needs the removal of dislocated ILO. The Wilmer ophthalmologist recommends retinal evaluations at Wilmer eye clinic by a Retinal specialist to decide | N | N |
| | how to approach the removal of dislocated IOL. I called and discussed with the JHH opthalmologist and requested if they could do the retinal evaluation and do the surgery on the same day. The opthalmologist said this could not be done on the same day and recommended a pre-surgery assessment. | | |
| | I am submitting pre-IOL removal retinal evaluation at Wilmer eye clinic. | | |
| | Dislocated IOL: Patient was evaluated at Wilmer eye clinic JHH) . | N | N |
| | I reviewed the consultant report they recommended GES retinal appointment for combined IOL removal+ PPV+ sutured IOL) | | |
| | I am submitting consult as per recommendation of per ophthalmologist recommendation. | | |
| | Please include the consultant recommendation with the consult | | |
| | The patient is 47-year-old with dislocated IOL. He was evaluated at Wilmer eye clinic and they note IOL is broken and displaced inferiorly. No retinal detachment. The opthalmologist recommended removal of IOL , PPV and sutured IOL. | N | N |
| | I am submitting consult for removal of IOL, PPV and suture IOL. | | |
| | This is a 47yo AAM with pmhx of HLD, Chronic Rhinitis, HIV+ over 17yrs now on Bictarvy who presents for scheduled provider visit. On 05/02/2022 he was evaluated by Wilmer Eye at JHH and was found to have stable dislocated IOL (intraocular lens) in the right eye. No visible retinal detachment. Recommended to schedule with GES Retina. Visual Acuity on the left is 20/20 using Snellen Eye Chart. Right eye is blurred, only sees shadow. Will generate consult. | N | N |

# CONSULTATION

**SITE: NBCI**
**COMPLETED BY: Asresahegn Getachew, RMD**     **08/05/2022 4:46 PM**

| Diagnosis 1 | Code 1 | Status 1 | Diagnosis 2 | Code 2 | Status 2 |
|---|---|---|---|---|---|

| Diagnosis 3 | Code 3 | Status 3 | Diagnosis 4 | Code 4 | Status 4 |
|---|---|---|---|---|---|

| Onset Date | Signs and Symptoms | Lab & Xray Data | Failed Outpatient Therapy |
|---|---|---|---|
| | This is a 47yo AAM with pmhx of HLD, Chronic Rhinitis, HIV+ over 17yrs now on Bictarvy who presents for scheduled provider visit. On 05/02/2022 he was evaluated by Wilmer Eye at JHH and was found to have stable dislocated IOL (intraocular lens) in the right eye. No visible retinal detachment. Recommended to schedule with GES Retina. Visual Acuity on the left is 20/20 using Snellen Eye Chart. Right eye is blurred, only sees shadow. Will generate consult. | | |

## Utilization Management

| M&R | Interqual | Other | Other Source | Visit Appt | Criteria Met | Rec. # Visits |
|---|---|---|---|---|---|---|
| N | N | N | | | Pending | |
| N | N | N | | | Pending | |
| N | N | N | | | Pending | |
| N | N | N | | | Pending | |

| Notes | | | UM Review # | Reviewer Name | Reviewer Date |
|---|---|---|---|---|---|

## CONSULTATION

**SITE: NBCI**
**COMPLETED BY: Asresahegn Getachew, RMD**     08/05/2022 4:46 PM

**Medications**

Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Biktarvy 50 mg-200 mg-25 mg tablet | take 1 tablet by oral route every day | 05/11/2022 | 09/07/2022 | | N |
| Zyrtec 10 mg tablet | take one by mouth every morning | 07/25/2022 | 11/21/2022 | 07/25/2022 | N |
| Lipitor 10 mg tablet | take one by mouth at bedtime | 07/25/2022 | 11/21/2022 | 07/25/2022 | N |
| Zyrtec 10 mg tablet | take one by mouth every morning | 07/25/2022 | 08/05/2022 | 07/25/2022 | N |

*Provider:* Asresahegn Getachew, MD
*Document generated by:* Asresahegn Getachew, RMD 08/05/2022 04:50 PM

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*



Say Yes To Exceptional Care

8/10/22

Prisoner Rights Information System of Maryland, Inc.
PO Box 929
Chestertown, Maryland 21620



EXHIBIT

DD

Dear Prisoner Rights Information System of Maryland, Inc.,

Thank you for the inquiries regarding patient David Rose, DOC# 295681. Currently, he is at North Branch Correctional Institution (NCBI) in Cumberland, MD. After a review of your correspondence, we have found the summary to be incorrect. Please see below response:

Mr. Rose has a history of traumatic cataract and was noted to be experiencing blindness and extreme pain in his right eye stemming from complications from cataract removal surgery in 2011.

A consult was received by the onsite ophthalmology provider for the patient to be evaluated for surgical repair with sutured intraocular lens for the right eye. This was approved and the patient was seen at the Wilmer eye clinic on October 4, 2021. He was diagnosed with a dislocated intraocular lens and recommended he undergo surgery to remove the dislocated lens, to receive a pars plana vitrectomy, and to suture a replacement lens. This surgery requires up to date evaluations to ensure the proper treatment is provided. The consult was approved and per the notes in the scheduling system, the patient was scheduled by Wilmer clinic for May 2022 despite the consult having been approved in October 2021. Of note, there was another consult entered into CAREs on October 29th 2021 for the patient to be evaluated prior to surgery and this was approved as well.

Notes indicate that the patient was scheduled for a retina specialist evaluation on 05/02/2022 at the Wilmer clinic with recommendations to have eye dilation completed prior to surgery.

On May 18 2022, a consult for GES retina evaluation was placed and this consult was given an alternative treatment plan which noted that the retina evaluation procedure could be completed by the onsite ophthalmologist. The actual surgery for the IOL was not denied and as noted earlier, the surgery was already approved. The case was discussed with the site team during a case review and the site team was asked to reach out to the provider at the Wilmer clinic to see if this procedure could be completed by a YesCare onsite ophthalmologist or if the procedure could be completed on the same day as the surgery. Per the site provider, the provider at the Wilmer clinic stated that the preference is that the procedure is completed on a different date. The site provider subsequently submitted a new consult and this was approved and the procedure was scheduled for August 3rd at 2pm. The patient is currently pending a surgery date from the Wilmer clinic. Please note that the delays in this patient's care were not caused by the YesCare team as the surgery was approved since October 2021 however the patient was not given an evaluation date until over 7 months later.

If PRISM's medical consultant, Cornealius Stamp, M.D., has any further questions about the care that Mr. Rose has received thus far or have additional questions regarding the approval process, I would be happy to schedule a peer to peer conversation to discuss further.

Sincerely,


Solaide Akintade, MD MPH
UM Medical Director
YesCare

**FACILITY:  Maryland**                                    **SITE: THRESHOLD**
**COMPLETED BY:  Sandra J. Boettinger, UMRN on 08/12/2022**

**Patient: DAVID  ROSE**
**ID#: 295681**
**DOB: 10/19/1974**

UM ATP 08/12/2022: "ATP: Based on the information provided, medical necessity has not been demonstrated at this time.
Necessity for retinal evaluation prior to surgery is not as surgery is not indicated .

Stable chronic dislocated IOL. BCVA in both eyes is 20/20.

Indications for surgery are glaucoma or  uveitis/ retinal detachment.
None is evident.
Consider continued annual exam at site with ophthalmology.

https://www.eyeworld.org/2022/spontaneous-lens-dislocation/"

**ATP Submitted to Statewide UMMD for further review.**

**(For UM use only)**

**UM Disposition**

EXHIBIT

tabbies®

EE

**FACILITY: Maryland**            **SITE: THRESHOLD**
**COMPLETED BY: Sandra J. Boettinger, UMRN on 08/12/2022**

---

**Patient: DAVID ROSE**
**ID#: 295681**
**DOB: 10/19/1974**

**UM Approval 08/12/2022: Approved for GES retinal evaluation.**

**(For UM use only)**

**UM Disposition**

---

**EXHIBIT**

**FF**

tabbies



Department of Public Safety and Correctional Services
**Ophthalmology Visit**

| Inmate's Last, First Name | ROSE David | SID/DOC# | 295681 | | Facility | NBCI |
|---|---|---|---|---|---|---|
| Referring Dr | | PCP | | [] Initial Consultation | [✓] Follow-Up | |

**Chief Complaint:**

HPI: 47 yrs old    Hx Subluxed 3 Pca toc

See @ Wilmer eye 3 times

has plans to be a retina specialist
→ helps c pain control

Ocular Meds: ~~xal~~ 0/15 OD   atropine daily OD
Systemic Meds: Zyrtec / Lipitor    wears eye patch.

| Allergies | NKDA | | | | | Oriented x3: Y N |
|---|---|---|---|---|---|---|
| VSC | 20 | Hmb 25 | W | | A | Mood |
| VCC | | | M | | Rx | TA 65/12  9:38 Am |

**Physical Exam:**

| Confrontation of VF | | NL | AB | Description of Abnormalities |
|---|---|---|---|---|
| Motility | | | | |
| External & Adnexae | | | | 2x/3 |
| Pupils | | / | | |
| Conjunctiva | | / | | |
| Cornea | | / | | |
| Anterior Chamber | | | | k clev |
| Iris | | | | |
| Lens | | | / | Fully Subluxed IOL OD |
| Fundus: Dilated. [✓] 1% Myd [] 2½% Neo | Disc | / | | |
| | Vessels | / | | 0.5/0.2 |
| | Macula | / | | |
| Tech: CZ | Periphery | / | | |
| | Vitreous | / | | |

**IMPRESSION / PLAN:**

Subluxed IOL OD — plans for surgery / likely sutured IOL OD

PSC @ to Wilmer

| [] Amsler Grid | [] BS/tg A1C/BP Control | [] Surgery R/S/A Discussed | [✓] Discussed signs/symptoms retina tear and detachment in detail | | EXHIBIT |
|---|---|---|---|---|---|
| Return: 3 days / weeks / mos / years / PRN | | Signature | | Date 8/12/22 | GG |

DPSCS Form OTS 130 130-2

ne: ROSE, DAVID          DOB: 10/19/1974          Date: 08/12/2022